UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
LARRY STEPHEN DOMINO,            )
                                 )     2:08-CV-02574-GEB-KJM
          Plaintiff,             )
                                 )
     v.                          )     ORDER
                                 )
WACHOVIA MORTGAGE BANK, FSB;     )
WORLD SAVINGS BANK, FSB,         )
                                 )
          Defendants.            )
                                 )
```

On October 29, 2008, Plaintiff filed an ex parte motion for a temporary restraining order ("TRO"), in which Plaintiff states "[t]his court has an obligation to sign the order to estop the sale of [Plaintiff's home]." (Plaintiff's motion at 2).

To obtain a TRO, Plaintiff must demonstrate "either: (1) a combination of probable success on the merits and the possibility of irreparable harm; or (2) that serious questions are raised and the balance of hardships tips in its favor." A & M Records, Inc. v. Napster, Inc., 239 F.3d 1004, 1013 (9th Cir. 2001). "These two formulations represent two points on a sliding scale in which the required degree of irreparable harm increases as the probability of success decreases." Id.

1

1   However, Plaintiff has not shown entitlement to a TRO.
2  Therefore, the motion for a TRO is denied.
3   IT IS SO ORDERED.
4  Dated:  October 29, 2008

```
                           _____
                           GARLAND E. BURRELL, JR.
                           United States District Judge
```